IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG

| | |
|---|---|
| JACQUELIN GOARD, | ) |
| Plaintiff(s) | ) ) ) |
| v. | ) Civil Action No. 6:15CV00035 |
| CROWN AUTO, INC., et al., | ) ) ) |
| Defendant(s). | ) |

## CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on October 1, 2015. A third party complaint against third-party defendants RAPID RECOVERY, LLC and MATTHEW C. SNYDER was filed on December 2, 2015. Third Party Defendants RAPID RECOVERY, LLC and MATTHEW C. SNYDER were served on the following dates, and the third-party plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on third-party defendants:

    RAPID RECOVERY, LLC  -  FEBRUARY 3, 2016

    MATTHEW C. SNYDER  -  FEBRUARY 3, 2016

The time for the third-party defendants to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

    RAPID RECOVERY, LLC and

    MATTHEW C. SNYDER

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the third-party defendants.

                        JULIA C. DUDLEY, CLERK

                        By: *Fay Coleman 3-7-16*
                                Deputy Clerk